192 So. 909
### Jim STEADMAN v. D. C. RANDOLPH.
8 Div. 996.

Supreme Court of Alabama.
Nov. 2, 1939.

**700**

Wm. L. Chenault, of Russellville, for appellant.

Robt. E. Coburn, Jr., of Moulton, for appellee.

PER CURIAM.
Affirmed on certificate.